452 A.2d 31

Commonwealth v. Magwood, Appellant.

Petition for Allowance of Appeal
Granted March 17, 1983.

648

Submitted January 11, 1982. John H. Corbett, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment of sentence affirmed.